**EXHIBIT A**



