**EXHIBIT B**



