**EXHIBIT C**

