**EXHIBIT D**



