**EXHIBIT E**



NET WT 3.5 OZ (100g)