**EXHIBIT F**







