

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MCNEIL NUTRITIONALS, LLC<br>                Plaintiff,<br><br>v.<br><br>HEARTLAND SWEETENERS LLC AND<br>HEARTLAND PACKAGING CORP.,<br>                Defendants. | Civil Action No. 06-5336 (JRP)<br><br>FILED<br>JAN 1 6 2007<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

---

## DEFENDANTS' DECLARATIONS AND OTHER MATERIALS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

---

Abbe F. Fletman (PA 52896)
Lizanne V. Hackett (PA 89751)
FLASTER/GREENBERG P.C.
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103
Tel: 215-279-9393
Fax: 215-279-9394

Of Counsel:
William L. O'Connor
George A. Dremonas
DANN PECAR NEWMAN
 & KLEIMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MCNEIL NUTRITIONALS, LLC<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEARTLAND SWEETENERS LLC AND<br>HEARTLAND PACKAGING CORP.,<br>　　　　　　Defendants. | Civil Action No. 06-5336 (JRP) |

**DEFENDANTS' DECLARATIONS AND OTHER MATERIALS IN SUPPORT OF MOTION IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION**

A.  Declaration of Teodor Gelov

B.  Declaration of Abbe F. Fletman

C.  Declaration of Lizanne V. Hackett

D.  Declaration of Erin L. Hubbs

E.  Declaration of Douglas Levere

F.  Declaration of David Canaan

G.  Supplemental Declaration of Teodor Gelov

Exhibits filed in hard copy