**CERTIFICATE OF SERVICE**

I, Lizanne V. Hackett, certify that on this day, the 22nd of January, 2007, defendants' answer with affirmative defenses, designation form, civil track designation form, and disclosure statement were filed electronically.  Counsel of Record for all other parties were served electronically as provided by Section 7(a) of this Court's Procedural Order on Electronic Case Filing, which is incorporated into the Local Rules of Civil Procedure by Local Rule 5.1.2.

I further certify that on this day, the 22nd of January, 2007, I caused to be served on plaintiff's counsel, Karla G. Sanchez, Esquire, a copy of the above-listed documents by electronic mail.

s/ *Lizanne V. Hackett*  
Lizanne V. Hackett