**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

McNEIL NUTRITIONALS, LLC         :
                                 :
V.                               :     Civil Action
HEARTLAND SWEETENERS, LLC and    :     No: 06-CV-5336
HEARTLAND PACKAGING CORP.        :

DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, **Heartland Sweeteners, LLC**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

1/22/07                                  /s/ [signature]
Date                                     Signature

                        Counsel for: **Defendants**

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
   (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
      (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
      (2)   promptly file a supplemental statement upon any change in the information that the statement requires.