# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MCNEIL NUTRITIONALS, LLC,<br>                Plaintiff,<br><br>        v.<br><br>HEARTLAND SWEETENERS LLC and<br>HEARTLAND PACKAGING CORP.,<br>                Defendants. | Civil Action No. 06-5336 (JRP) |

**JOINT LIST OF EXHIBITS ADMITTED INTO EVIDENCE
DURING THE PRELIMINARY INJUNCTION HEARING
BEFORE THE HONORABLE JOHN R. PADOVA
<u>UNITED STATES DISTRICT JUDGE</u>**

**McNeil's Exhibits**

| PX # | Description |
|---|---|
| 1A | Splenda (original packaging): 100 ct. box |
| 1B | Splenda (original packaging): Individual packet |
| 1C | Splenda (original packaging): Granular bag |
| 2A | Splenda (refreshed packaging): 100 ct. box |
| 2B | Splenda (refreshed packaging): Individual packet |
| 3A | Giant Sweetener: 100 ct. box |
| 3B | Giant Sweetener: Individual packet |
| 3C | Giant Sweetener: Granular bag |
| 3D | Giant Sweetener: 100 ct. box w/ "Tastes Like Sugar" Slogan |
| 4A | Stop & Shop Sweetener: 100 ct. box |
| 4B | Stop & Shop Sweetener: Individual packet |

| PX # | Description |
|---|---|
| 4C | Stop & Shop Sweetener: Granular bag |
| 5A | Tops Sweetener: 100 ct. box |
| 5B | Tops Sweetener: Individual packet |
| 6A | Safeway Sucralose: 100 ct. box |
| 6B | Safeway Sucralose: Individual packet |
| 7A | Food Lion Sweet Choice: 100 ct. box |
| 7C | Food Lion Sweet Choice Granular bag |
| 8 | Photo of Sweet'N Low 50 ct. box |
| 9A | Sweet'N Low (refreshed packaging): 100 ct. box |
| 9B | Sweet'N Low: Individual packet |
| 10A | Equal (refreshed packaging): 100 ct. box |
| 10B | Equal: Individual packet |
| 11A | Altern: 200 ct. box |
| 11B | Altern: Individual packet |
| 12 | Splenda Sales (demonstrative) |
| 13 | Splenda Sales Data (IRI) $ (demonstrative) |
| 13A | Splenda Market Share Data (IRI) % (demonstrative) |
| 14 | Splenda Packet Sales (demonstrative) |
| 15 | Jan. 20, 2003 Television Ad |
| 16 | Oct. 4, 2004 Television Ad |
| 17 | May 22, 2006 Television Ad |
| 18 | March 2001 Print Ad |
| 19 | October 2004 Print Ad |

| PX # | Description |
|---|---|
| 20 | May 2006 Print Ad |
| 21 | Heartland Market Share (IRI) |
| 33 | Food Lion store shelf photo attached to Complaint as Exhibit F |
| 34 | Safeway store shelf photo attached to Complaint as Exhibit F |
| 35 | Stop & Shop store shelf photo attached to Complaint as Exhibit F |
| 36 | Tops store shelf photo attached to Complaint as Exhibit F |
| 37 | Photo of Equal package |
| 39 | Photo of SAME no-calorie sweetener package |
| 104 | Splenda Sugar Blend |
| 111 | Betty Crocker Triple Chunk Brownie Mix with Hershey's Chocolate |
| 112 | Diet Coke with Splenda |
| 113 | Reese's Peanut Butter Cups |
| 115 | Snyder's Pumpernickel & Onion Sticks |
| 116 | Pepperidge Farm Goldfish Pretzel Crackers (100 Calorie Packs) |
| 121 | Snackwell's Creme Sandwiches |
| 122 | Snackwell's Black Forest Cookie Cakes |
| 123 | Snackwell's Devil Food Cookie Cakes |
| 127 | Photo of Williams Sonoma Products |
| 128 | Photo of Castle Crest Products |
| 129 | Photo of Payless Drugs Products |
| 130 | Photo of Safeway Family of Product |
| 131 | Composite photos for Canaan cross |
| 132A | Albertson's Sucralose product: 100 ct. box |

| PX # | Description |
|---|---|
| 132B | Albertson's Sucralose product: granular bag |
| 139 | Picture of Excedrin PM & Tylenol PM |
| 140 | Transcript of Margaret Grossman Deposition |
| 140A | Grossman Declaration (Depo PX1) |
| 140B | Grossman Depo PX2 – Sucralose box bought by Grossman |
| 140C | Grossman Photo (Depo PX3) |
| 140D | Grossman Photo (Depo PX4) |
| 140E | Grossman Photo (Depo PX5) |
| 140F | Grossman Photo (Depo PX6) |
| 140G | Grossman Subpoena (Depo DX1) |
| 140H | Grossman Photo (Depo DX2 – Splenda box) |
| 142 | Supplemental Declaration of Teodor Gelov |
| 145 | Safeway Sweetener (aspartame) |
| 146 | Safeway Sweetener (saccharin) |
| 147 | Original Sugar Twin Packet |

**Heartland's Exhibits**

| DX Letter | Description |
|---|---|
| A | David Canaan Slide Show |
| H | Splenda (new packaging): granular bag |
| I | Equal (original packaging) |
| K | Splenda (original packaging): 200 ct. box |
| L | Splenda (new packaging): 200 ct. box |

| DX Letter | Description |
|---|---|
| M | Sugar Twin (new packaging): individual packet |
| N | Splenda (original packaging): individual packet |
| O | Splenda (new packaging with blue border): individual packet |
| P | Splenda (new packaging with blue border, stars, and slogan): individual packet |
| Q | Equal (new packaging with slogan): individual packet |
| R | Giant Sweetener: 100 ct. box containing "Compare to Splenda" statement |
| S | Stop & Shop Sweetener: 100 ct. box containing "Compare to Splenda" statement |
| T | Sample of paper stock used for Heartland packets |
| U | Safeway Aspartame-product box |
| V[1] | Safeway Saccharin-product box |
| Z | Photo of Sweet'N Low: 250 ct. box |
| AA | Equal (new packaging): box and packets |
| BB | Natrataste box |
| CC1 | Sugar Twin: granular box |
| CC2 | Sugar Twin: 100 ct. box |
| DD | Domino Sugar box |
| EE | Ocean Spray Light Cranberry Juice Cocktail |
| FF | Diet Rite Cola with Splenda |
| II | Kellogg's Caramel Nut Crunch |
| JJ | All Grain Crackers |
| KK | Domino Sugar (confectioners) |
| LL | Domino Organic Sugar bag |

---

[1]   Erroneously referred to in the 2/7/07 Tr. as Exhibit B.

| DX Letter | Description |
|---|---|
| MM | Agro Corn Starch |
| NN | Crystal Light |
| PP | Kellogg's Pop Tart box |
| QQ | Polaner Sugar Free Strawberry Topping with Splenda |
| RR | Diet 7up with Splenda |
| UU | Pepsi One Cola with Splenda |
| WW | Dannon Light & Fit Dairy Snack with Splenda |
| ZZ | Giant Circular Ad |
| GGG | Giant Circular Ad |
| HHH | Stop & Shop Circular Ad |
| III | Food Lion Sweet Choice: 100 ct. box |
| JJJ | Safeway Sucralose: 200 ct. box |
| KKK | Splenda (new packaging): 100 ct. box |
| LLL | Equal: individual packet |
| MMM | Safeway Sucralose: individual packet |
| NNN | Food Lion Sweet Choice: individual packet |
| OOO | Ahold (Giant, Stop & Shop, Tops) Sweetener: individual packet |
| PPP | Splenda (original packaging): 100 ct. box |
| QQQ | Stop & Shop Sweetener: granular bag |
| RRR | Food Lion Sweet Choice: granular bag |
| SSS | Safeway Sucralose: 100 ct. box |

| DX Letter | Description |
|---|---|
| TTT | Giant Sweetener: 200 ct. box |
| UUU | Domino Pure D'Lite: granular bag |

Dated:  March 12, 2007                                    Respectfully Submitted,

| */s/ Karla G. Sanchez* | */s/ Lizanne V. Hackett* |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP | FLASTER GREENBERG P.C. |
| By:<br>Steven A. Zalesin<br>Karla G. Sanchez<br>David G. Sewell<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Tel:  (212) 336-2000 | By:<br>Abbe F. Fletman<br>Lizanne V. Hackett<br>Eight Penn Center<br>1628 JFK Blvd., 15th Floor<br>Philadelphia, PA  19103<br>Tel:  (215) 279-9393 |

DRINKER BIDDLE & REATH LLP
Alfred W. Putnam, Jr.
Andrea L. D'Ambra
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Tel:  (215) 988-2700